IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01475-WYD-BNB

APRIL GARCIA,

    Plaintiff(s),

v.

JOHN SNOW, Secretary, Department of the Treasury,

    Defendant(s).

_____

**ORDER**
_____

    THIS MATTER comes before the Court on receipt of Habib Nasrullah's Response to the Court's Order to Show Cause, which was issued on September 15, 2005.  Having reviewed the response, I find that the Order to Show Cause should be discharged.  Accordingly, it is

    ORDERED that the Order to Show Cause, which was issued on September 15, 2005, is hereby DISCHARGED.


    Dated:  September 26, 2005

                                  BY THE COURT:


                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge