IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01475-WYD-BNB

APRIL GARCIA,

    Plaintiff(s),

v.

JOHN SNOW, Secretary, Department of the Treasury,

    Defendant(s).

_____

### ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on the parties Joint Motion to Dismiss With Prejudice, filed November 30, 2004.  The parties seek dismissal pursuant to Fed. R. Civ. P. 41(a)(ii).  After review of the motion and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated:  December 1, 2005

                                              BY THE COURT:

                                              <u>s/ Wiley Y. Daniel</u>
                                              Wiley Y. Daniel
                                              U. S. District Judge